UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                          CITATION / CASE NO. 3:10-mj-0010 CMK

vs.                              **ORDER TO PAY**

Jeremiah Wainscott

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT
DATE: 5-25-10                            [signature]
                                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: Count 1        FINE 490.00    ASGMT. 10.00
CITATION / CASE NO: Count 2        FINE 315.00    ASGMT. 10.00
CITATION / CASE NO: _____ FINE _____   ASGMT. _____
CITATION / CASE NO: _____ FINE _____   ASGMT. _____

( ) FINE TOTAL of $ 805.00 and a penalty assessment of $ 20.00 within ~~days/months or payments of~~ $ 75.00 per month, commencing 7-1-10 and due on the first of each month until paid in full.
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
(X) PROBATION to be unsupervised / ~~supervised~~ for: 2 years. To terminate upon payment in full.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~PO Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~  501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.
DATE: 5-25-10                     [signature]
                                  U.S. MAGISTRATE JUDGE

Clerk's Office                                              EDCA - 03 Rev 8/97